**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| CAROLINE HARPER and COLE ULRICH, individually and on behalf of all others similarly situated, | Civil Action No. 2:21-cv-12907 |
| Plaintiffs, | Hon. David M. Lawson |
| v. | Magistrate Judge David R. Grand |
| GENERAL MOTORS, LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL OF
<u>NAMED PLAINTIFF COLE ULRICH'S CLAIMS WITHOUT PREJUDICE</u>**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Cole Ulrich hereby dismisses his claims without prejudice, to be refiled in a separate action while the arbitrability of Plaintiff Caroline Harper's claims is resolved. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

This dismissal does not relate to the claims asserted by Plaintiff Harper. Both Plaintiffs Harper and Ulrich were compelled to arbitration on March 21, 2023. ECF No. 41, PageID.524. On February 21, 2024, an arbitrator (Hon. Wayne Andersen (ret.)) determined "General Motors, LLC, may not elect to arbitrate its dispute with [Cole Ulrich]. The matter shall be returned to the U.S. District Court." ECF No. 43-

1, PageID.561. The parties have not yet obtained a determination by an arbitrator of the arbitrability of Plaintiff Harper's claims. Plaintiff Harper intends to return her claims to this Court if an arbitrator rejects GM's arguments.

Dated: April 11, 2024                          Respectfully submitted,

*/s/ Theodore Leopold*
Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com

Douglas J. McNamara
Karina G. Puttieva
Madelyn Petersen
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
dmcnamara@cohenmilstein.com
kputtieva@cohenmilstein.com
mpetersen@cohenmilstein.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2024, he served the foregoing via ECF which will notify all counsel of record.

Dated: April 11, 2024  　　　　　　　　　　　　　*/s/ Douglas J. McNamara*
　　　　　　　　　　　　　　　　　　　　　　　　Douglas J. McNamara