UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLINE HARPER and COLE ULRICH,

        Plaintiffs,                              Case Number 21-12907

v.                                                   Honorable David M. Lawson

GENERAL MOTORS, LLC,

        Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

On April 11, 2024, plaintiff Cole Ulrich filed a notice of his intent voluntarily to dismiss his claims against the defendant without prejudice. The defendant has not filed an answer or motion for summary judgment. Plaintiff Ulrich's claims therefore will be dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the claims against the defendant by plaintiff Cole Ulrich **ONLY** are **DISMISSED**.

                                                                    s/David M. Lawson
                                                                      DAVID M. LAWSON
                                                                      United States District Judge

Dated: May 9, 2024